

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2019

No. 04-19-00389-CR

**EX PARTE KENNETH RICHARD RIKER II,**

From the County Court, Medina County, Texas
Trial Court No. 25621A
Honorable Mark Cashion, Judge Presiding

# O R D E R

Because Appellant Kenneth Richard Riker II's brief contained citations to the appendix rather than to the clerk's record, *see* TEX. R. APP. P. 38.1(g), (i), on October 22, 2019, we struck Appellant's brief and ordered him to file an amended brief not later than November 6, 2019.

Appellant timely filed an amended brief that retained the citations to the appendix but added parallel citations to the clerk's record. We will not consider documents that are attached to a brief that are not part of the appellate record. *See Briggs v. Toyota Mfg. of Texas*, 337 S.W.3d 275, 283 (Tex. App.—San Antonio 2010, no pet.); *Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 n.2 (Tex. App.—Houston [14th Dist.] 2008, no pet.) ("We may not consider documents attached to an appellate brief that are not part of the appellate record.").

Appellant's amended brief is accepted. Our October 22, 2019 order is satisfied.

The State's brief is due on December 4, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court